UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROVIDENCE STEEL, INC., individually, and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNION CENTRAL LIFE INSURANCE COMPANY,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO: 04-10440-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF FREDRIC L. ELLIS REGARDING SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FED. R. CIV. P. 4**

I, Fredric L. Ellis, Esq., under the pains and penalties of perjury, state as follows:

1.  I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, BBO# 542075.  I am counsel for Plaintiff in the above-captioned civil action.

2.  On March 4, 2004, I caused the Summons and copies of the Class Action Complaint and Demand for Jury Trial, Civil Action Cover Sheet and Case Description in the above-captioned civil action to be served on the defendant The Union Central Life Insurance Company ("Union Central"), by sending said documents to Union Central's counsel, S. David McNeil, Esq., via Federal Express (FedEx tracking number 792585813884) pursuant to Union Central's written agreement to accept service in this manner.

-2-

      3. According to FedEx tracking number 792585813884, Union Central's counsel received said Summons, Class Action Complaint and Demand for Jury Trial, Civil Action Cover Sheet and Case Description in the above-captioned civil action on March 5, 2004, and a telephone conversation with Union Central's counsel on March 5, 2004 confirmed this fact.

      Signed and sworn under the penalties of perjury this 8th day of March, 2004.

                                              s/Fredric L. Ellis
                                      Fredric L. Ellis, BBO# 542075
                                      Ellis & Rapacki LLP
                                      85 Merrimac Street
                                      Suite 500
                                      Boston, MA 02114
                                      (617) 523-4800

Date: March 8, 2004

-3-

## CERTIFICATE OF SERVICE

      I, Fredric L. Ellis, hereby certify that a true copy of the above document was served upon counsel for Defendant, The Union Central Life Insurance Company, by first class mail, postage pre-paid on this 8th day of March, 2004, addressed as follows:

S. David McNeill, Esq.
Freeman McNeill
185 Oakland Avenue
Suite 260
Birmingham, MI 48009

                                                           s/Fredric L. Ellis
                                                           Fredric L. Ellis

Date:  March 8, 2004