## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROVIDENCE STEEL, INC., individually and on behalf of a class of persons similarly situated,<br><br>       Plaintiff,<br>v.<br><br>THE UNION CENTRAL LIFE INSURANCE COMPANY,<br><br>       Defendant. | CIVIL ACTION NO: 04-10440-NG |

## JOINT MOTION FOR
## ADMISSION PRO HAC VICE OF S. DAVID MCNEILL

Now come the plaintiff, Providence Steel, Inc. ("Plaintiff"), and the defendant, The Union Central Life Insurance Company ("Union Central"), and hereby move this Honorable Court for an Order allowing S. David McNeill to appear *pro hac vice* on behalf of Union Central in the above-captioned matter. In support of this motion, pursuant to Local Rule 83.5.3(b), the certificate of S. David McNeill is filed herewith. As ground for the instant motion, the parties state as follows:

1. The above-captioned matter involves allegations that Union Central has overcharged Plaintiff and a similarly situated class for group insurance policy premiums.

2. S. David McNeill has maintained an attorney/client relationship with Union Central for many years. Union Central has requested that S. David McNeill represent it in this litigation.

3. Mr. McNeill practices law principally in the State of Michigan.

4. Mr. McNeill is a member in good standing of the Bar of the State of Michigan, having been admitted in 1972.

5. Mr. McNeill is a member in good standing for the United States District Court for the Eastern District of Michigan.

6. There are no outstanding disciplinary matters concerning Mr. McNeill's admission, standing and/or licensure in any of the aforementioned jurisdictions.

7. There are no other cases in this district for which Mr. McNeill is currently admitted to practice before this Court.

8. Mr. McNeill is familiar with the Federal Rules of Civil Procedure and applicable Local Rules of the Federal District Court for the District of Massachusetts and agrees to observe and be bound by said Local Rules and Orders of this Court.

9. Mr. McNeill recognizes and affirms that he will abide by the disciplinary rules applicable to all attorneys who are admitted to the Bar of this Court.

WHEREFORE, Plaintiff and Union Central respectfully request that this Court grant S. David McNeill's admission *pro hac vice* in the above-entitled matter.

                    Respectfully submitted
                    For the Plaintiff,

                    s/Fredric L. Ellis
                    Fredric L. Ellis, BBO # 542075
                    Edward D. Rapacki, BBO # 411910
                    Joseph M. Makalusky, BBO # 631240
                    ELLIS & RAPACKI LLP
                    85 Merrimac Street, Suite 500
                    Boston, MA 02114
                    Tel:  (617) 523-4800
                    Fax:  (617) 523-6901

                    Date:  March 17, 2004