# State Bar of Michigan

## Certificate

### of Good Standing

This certifies that S. David McNeill, P17544 of Birmingham, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on May 23, 1972 in Wayne County.

Chad Sluss
Member Services
March 04, 2004