## SCHEDULE A

### ADDRESSES FOR NOTICES

**THE UNION CENTRAL LIFE INSURANCE COMPANY**

S. David McNeill, Esq.
185 Oakland Avenue
Suite 260
Birmingham, MI 48009
Fax: 248-594-4987

**PLAINTIFF'S LEAD COUNSEL**

Fredric L. Ellis, Esq.
Ellis & Rapacki LLP
85 Merrimac Street
Suite 500
Boston, MA  02114
Fax:  617-523-6901