UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROVIDENCE STEEL, INC., individually and on behalf of a class of persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNION CENTRAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | CIVIL ACTION NO: 04-10440-NG |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

NOW come the plaintiff and class representative, Providence Steel, Inc. ("Plaintiff"), and the defendant, The Union Central Life Insurance Company ("Defendant"), in the above-captioned matter and hereby move jointly for an Order pursuant to Fed. R. Civ. P. 23(e), granting final approval of the class action settlement negotiated by the parties as set forth in The Union Central Life Insurance Company Group Insurance Policyholders Settlement Agreement dated March 3, 2004 ("Settlement Agreement").

As grounds for such motion, the parties assert that due notice of the Settlement has been issued to the Settlement Class, and that the terms of the Settlement are fair, adequate, reasonable and in the best interests of the Settlement Class, all as more fully set forth in the accompanying Plaintiff's Memorandum in Support of Joint Motion for Final Approval of Class Action Settlement and for Award of Attorneys' Fees. A Proposed Order Granting Final Approval of Class Action Settlement is attached hereto as Addendum A.

WHEREFORE, the parties respectfully ask this Honorable Court to enter an Order in the form attached hereto as Addendum A granting final approval of the Class Action Settlement.

| | |
|---|---|
| Respectfully submitted | Respectfully submitted |
| For the Plaintiff and Class Representative, | For the Defendant, |
| s/Fredric L. Ellis | s/S. David McNeill |
| Fredric L. Ellis, BBO # 542075 | S. David McNeill, Mich. Bar #  P17544 |
| Edward D. Rapacki, BBO # 411910 | 185 Oakland Ave., Suite 260 |
| Joseph M. Makalusky, BBO # 631240 | Birmingham, MI  48009 |
| ELLIS & RAPACKI LLP | Tel:  (248) 594-4984 |
| 85 Merrimac Street, Suite 500 | Fax:  (248) 594-4987 |
| Boston, MA 02114 | (*pro hac vice*, pending) |
| Tel:  (617) 523-4800 | |
| Fax:  (617) 523-6901 | |

Date:  July 8, 2004