# TAMPA WHOLESALE NURSERY, INC.

3216 McIntosh Road — Dover, Florida 33527
Phone: (813) 689-4075, FAX (813) 654-8298

May 25, 2004

The Union Central Life Insurance Co. Group Insurance Policyholders Litigation Settlement

To whom it may concern:

We received the Legal Notice concerning the class action lawsuit against Union Central. At this time we are choosing to "opt out" of the suit. We actually had what the suit is about happen to us but we caught it and received a full refund of the overpayments already.

Thank you,

*[signature]*

Tampa Wholesale Nursery Inc.

McIntosh Road, 1/2 Mile North of Hwy. 574


# Calhoun Apparel, Inc.

June 1, 2004

Union Central Life Insurance Company
Group Ins. Policyholders Litigation Settlement Exclusions
P.O. Box 8772
Boston, MA 02114

Dear Sir:

Please exclude Calhoun Apparel, Inc., from the Union Central Litigation Settlement Class. Your attention to this request will be greatly appreciated.

Sincerely,

*Mavis Gaskin*

Mavis Gaskin,
Human Resource/Benefits Manager

/mg

P.O. BOX 1204, CALHOUN CITY, MS 38916 · (662) 628-6636 · FAX (662) 628-6433