## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROVIDENCE STEEL, INC., individually, and on behalf of a class of persons similarly situated, <br><br>     **Plaintiff,** <br><br>    **v.** <br><br><br> THE UNION CENTRAL LIFE INSURANCE COMPANY, <br><br>     **Defendant,** | CIVIL ACTION NO: 04-10440-NG |

## <u>AFFIDAVIT OF BILL J. PIKE</u>

I, Bill J. Pike, under the pains and penalties of perjury, state as follows:

1. I am an employee of The Union Central Life Insurance Company ("Union Central"), the defendant in the above-captioned matter. I was assigned the task of overseeing the process of providing legal notice to each member of the Settlement Class in accordance with this Court's Order dated March 24, 2004.

2. Union Central and Class Counsel identified eight hundred and twenty-four (824) group policyholders who are members of the Settlement Class in this case, and a list identifying each of these policyholders with their last known address was created (the "Notice List").

3. On May 19 and 20, 2004, I caused a copy of the Notice in the form attached hereto as Addendum 1 to be delivered by first class mail, postage prepaid to the last known address of the eight hundred and twenty-four (824) group policyholders identified on the Notice List.

4.      Of the eight hundred and twenty-four (824) Notices mailed to the members of the Settlement Class, 33 were returned by the United States Post Office to Union Central.  Of these, we were able to locate new addresses and re-send the Notices to 23 members of the Settlement Class.  Thus, of the 824 Notices mailed, only 10 were undeliverable.

Signed and sworn under the penalties of perjury this 6 day of July, 2004.

_____
Bill J. Pike