UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROVIDENCE STEEL, INC., individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE UNION CENTRAL LIFE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO: 04-10440-NG |

## FINAL JUDGMENT
(pursuant to Fed. R. Civ. P. 58(a))

This action came on before the Court, Nancy Gertner, U.S. District Judge, presiding, and in accordance with the provisions of the Final Order Approving The Union Central Life Insurance Company Group Insurance Policyholders Settlement and Final Judgment dated 7/22/04 ("Final Order"),

It is **ORDERED and ADJUDGED**:

That the Complaint of the Plaintiff, Providence Steel, Inc. and the Settlement Class, as defined in the Final Order be and hereby is **DISMISSED** with prejudice against the Defendant The Union Central Life Insurance Company.

Dated at Boston, Massachusetts this 22nd day of July, 2004

By: _____
Clerk